ACCEPTED
15-24-00132-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 5:07 PM
CHRISTOPHER A. PRINE
CLERK

**CASE NO. 15-24-00132-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 5:07:57 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| AIRW 2017-7, L.P.; 600 WESTINGHOUSE INVESTMENTS, LLC; 800 WESTINGHOUSE INVESTMENTS, LLC; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; AND JONAH WATER SPECIAL UTILITY DISTRICT, **Appellants,** | § § § § § § § § § § § § § § § § § | BEFORE THE<br><br>FIFTEENTH COURT OF APPEALS<br><br><br>OF TEXAS |
| **V.** | | |
| CITY OF GEORGETOWN, TEXAS, **Appellee** | | |

## APPELLANT, JONAH WATER SPECIAL UTILITY DISTRICT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Appellant, Jonah Water Special Utility District files this Motion for Extension of Time to File Notice of Appeal pursuant to TEX. R. APP. P. 26.3 and would respectfully show:

Appellant is appealing from a Final Judgment signed by the 261st District Court, Travis County on December 2, 2024, in the case styled City of Georgetown v. Texas Commission on Environmental Quality, Cause No. D-1-GN-23-001004. The deadline to file the Notice of Appeal was January 2, 2025. The Notice of Appeal was filed in the trial court on January 14, 2025. Appellant seeks an extension of time until January 14, 2025, to file the Notice of Appeal.

1

Appellant is a special utility district, a political subdivision of the State of Texas operating under Texas Water Code Chapter 65[1]. As a governmental body, Appellant is subject to Texas Government Code Chapter 551, otherwise known as the Open Meeting Act (the "Act").[2] The Act requires, among other things, that deliberations by the Board occur at a meeting open to the public after the requisite notice has been provided.[3] The requirements of the Act affected the timing for filing Appellants appeal in this matter. The Appellant was notified of the Trial Court's Final Judgment after the 72-hour deadline for posting notice of Appellant's December 5, 2024, meeting as required by Section 551.043(a) of the Act.[4] After this date, Appellant observed the Christmas and New Year's holidays, with limited availability of Board members during this period. The next available opportunity for the governing body to deliberate about the Final Judgment and decide whether appeal was appropriate was at the Board's January meeting, originally scheduled for January 2, 2025, also the deadline for Appellant's Notice of Appeal. This meeting

---

[1] Tex. Water Code Chapter 65 addresses the creation, governance, administration, general powers and duties, and some of the financial authority of special utility districts in Texas.

[2] Tex. Govt. Code §551.001(3)(H) defines a governmental body to mean the governing board of a special district created by law.

[3] Section 551.043(a) requires that notice of a meeting of a governmental body must be posted in a place readily accessible to the general public at all times for at least 72 hours before the scheduled time of the meeting.

[4] The Trial Court's Final Judgment was accepted for filing by the Clerk at 11:50 am on December 2, 2024, but electronic notice from the Travis County Clerk's Office for this docket is time and date stamped for 9:58 am on December 3, 2024. The postcard Notice of Order is dated December 26, 2024, post-parked December 31, 2024, and was received January 3, 2025.

was postponed to January 9, 2025, impacting the timing for filing this appeal. This extension of time is necessary to allow for the additional time between the deadline for the Notice of Appeal and the Board's open meeting to deliberate whether to file this Appeal. This extension of time is not sought for the purposes of delay, but so that justice may be done.

For these reasons, Appellant respectfully requests that the Court grant this motion and extend the deadline to file the Notice of Appeal until January 14, 2025, the date Appellant filed its Notice of Appeal. Appellant also requests all other relief to which Appellant is justly entitled.

Erin R. Selvera

John J. Carlton
State Bar No. 03817600
Kelli A. N. Carlton
State Bar No. 15091175
Erin R. Selvera
State Bar No. 24043385
THE CARLTON LAW FIRM, P.L.L.C.
4301 Westbank Drive, Suite B-130
Austin, Texas 78746
john@carltonlawaustin.com
kelli@carltonlawaustin.com
erin@carltonlawaustin.com
Telephone: (512) 614-0901
Facsimile: (512) 900-2855
ATTORNEYS FOR JONAH WATER
SPECIAL UTILITY DISTRICT

**VERIFICATION**

STATE OF TEXAS      §
                               §

COUNTY OF TRAVIS    §

BEFORE ME, the undersigned notary public, on this day personally appeared Erin Selvera, Attorney for Appellant, Jonah Water Special Utility District, who being duly sworn, stated that she has read this motion and that the statements therein are within her personal knowledge and are true and correct.

_____
Erin R. Selvera

SUBSCRIBED AND SWORN BEFORE ME this the 29th day of January 2025.

(Seal)



Notary in and for the State of Texas

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the Appellee regarding this motion and that Appellee is opposed to this motion.

_____
Erin R. Selvera

4

**CERTIFICATE OF SERVICE**

I hereby certify that I have served or will serve a true and correct copy of the foregoing document on all parties of record on this 29th day of January 2025, as follows:

**FOR APPELLEE, CITY OF GEORGETOWN:**
William A. Faulk, III
Carlota Hopinks-Baul
Maris M. Chambers
Spencer Fane, LLP
816 Congress Avenue, Suite 1200
Austin, Texas 78701
cfaulk@spencerfane.com
chbaul@spencerfane.com
mchambers@spencerfane.com

Patricia Erlinger Carls
Law Offices of Patricia Erlinger Carls
3100 Glenview Ave.
Austin, Texas 78703-1443
tcarls@tcarlslaw.com

**FOR APPELLANT TCEQ:**
Sara J. Ferris
Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
sara.ferris@oag.texas.gov

**FOR APPELLANT AIRW 2017-7, L.P., 600 WESTINGHOUSE INVESTMENTS, LLC AND 800 WESTINGHOUSE INVESTMENTS, LLC**
Andrew B. Davis
William T. Thompson
Todd Disher
Lehotsky Keller Cohn, LLP
408 W. 11th Street, 5th Floor
Austin, Texas 78701
andrew@lkcfirm.com
will@lkcfrim.com
todd@lkcfirm.com

Helen S. Gilbert
Yahaira De Lara
Barton Benson Jones, PLLC
7000 North MoPac Expressway
Suite 200
Austin, Texas 78731
hgilbert@bartonbensonjones.com
ydelara@bartonbensonjones.com

Edmond McCarthy
McCarthy & McCarthy, LLP
1122 Colorado St. Suite 2399
Austin, TX 78701
ed@ermlawfirm.com

_____
Erin R. Selvera

5

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katy Hennings on behalf of John Joseph Carlton
Bar No. 3817600
katy@carltonlawaustin.com
Envelope ID: 96764361
Filing Code Description: Motion
Filing Description: Jonah Water Special Utility District's Motion for Extension of Time
Status as of 1/30/2025 8:03 AM CST

Associated Case Party: City of Georgetown

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Patricia Carls | 3813425 | tcarls@tcarlslaw.com | 1/29/2025 5:07:57 PM | SENT |
| Carlota Hopinks-Baul | 24094039 | chbaul@spencerfane.com | 1/29/2025 5:07:57 PM | SENT |
| Maris Chambers | | MChambers@spencerfane.com | 1/29/2025 5:07:57 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Thompson | 24088531 | will@lkcfirm.com | 1/29/2025 5:07:57 PM | SENT |
| Edmond McCarthy | 13367200 | ed@ermlawfirm.com | 1/29/2025 5:07:57 PM | SENT |
| William Faulk | 24075674 | cfaulk@spencerfane.com | 1/29/2025 5:07:57 PM | SENT |
| John Carlton | 3817600 | john@carltonlawaustin.com | 1/29/2025 5:07:57 PM | SENT |
| Helen Gilbert | 786263 | hgilbert@bartonbensonjones.com | 1/29/2025 5:07:57 PM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 1/29/2025 5:07:57 PM | SENT |
| Kelli Carlton | | kelli@carltonlawfirm.com | 1/29/2025 5:07:57 PM | ERROR |
| Todd Disher | | todd@lkcfirm.com | 1/29/2025 5:07:57 PM | SENT |
| Erin Selvera | | erin@carltonlawfirm.com | 1/29/2025 5:07:57 PM | ERROR |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sara Ferris | | sara.ferris@oag.texas.gov | 1/29/2025 5:07:57 PM | SENT |
| Erin K.Snody | | Erin.Snody@oag.texas.gov | 1/29/2025 5:07:57 PM | SENT |
| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 1/29/2025 5:07:57 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Katy Hennings on behalf of John Joseph Carlton
Bar No. 3817600
katy@carltonlawaustin.com
Envelope ID: 96764361
Filing Code Description: Motion
Filing Description: Jonah Water Special Utility District's Motion for Extension of Time
Status as of 1/30/2025 8:03 AM CST

Associated Case Party: Texas Commission on Environmental Quality

| Jennifer Jamison | | jennifer.jamison@tceq.texas.gov | 1/29/2025 5:07:57 PM | SENT |
|---|---|---|---|---|
| Bobby Salehi | | bobby.salehi@tceq.texas.gov | 1/29/2025 5:07:57 PM | ERROR |

Associated Case Party: AIRW 2017-7, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew Davis | | andrew@lkcfirm.com | 1/29/2025 5:07:57 PM | SENT |

Associated Case Party: AIRW 2017-7, L.P.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Yahaira De Lara | | ydelara@bartonbensonjones.com | 1/29/2025 5:07:57 PM | SENT |

Associated Case Party: Jonah Water Special Utility District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Carlton | | john@carltonlawfirm.com | 1/29/2025 5:07:57 PM | ERROR |